| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:14CR00033 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | CR-21-50082-PHX-JJT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | DIVISION |
|---|---|---|
| | Western District Of Pennsylvania | United States Probation Office |
| Kirk Nesset | NAME OF SENTENCING JUDGE | |
| | The Honorable David Stewart Cercone | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/24/2020 — TO 9/23/2030 |

**OFFENSE**

Distribution of Material Depicting the Sexual Exploitation of a Minor

Receipt of Material Depicting the Sexual Exploitation of a Minor

Possession of Material Depicting the Sexual Exploitation of a Minor

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District Of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3/30/21 | s/ David Stewart Cercone |
|---|---|
| Date | David Stewart Cercone |
| | Senior United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/21/2021 | *(signed)* |
|---|---|
| Effective Date | United States District Judge |